In the Matter of the Claim of JOHN F. HICKEY, Appellant, v. ARDALE BUILDING CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present —Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.